# United States Court of Appeals
## For the First Circuit

No. 23-1150

CYRIL NNADOZIE OKOLI,

Plaintiff - Appellant,

v.

SHANITA R. TUCKER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants - Appellees.

**ORDER OF COURT**

Entered: April 26, 2023
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellees Shanita Tucker and USCIS on April 20, 2023 is not in compliance with the following Federal Rules of Appellate Procedure and Local Rule of this court:

- **Fed. R. App. P. 28(b) and 28(a)(2)**, requiring that the brief contain, under the appropriate heading and in the order indicated, a table of contents with page number references. *__Although the appellees' brief has a table of contents, some sections of their brief are included at different page numbers than those referenced in the table of contents.__*

- **1st Cir. R. 28.0(b)(1)**, permitting an appellee's brief to include an addendum to incorporate materials omitted from the appellant's addendum, subject to the same limitations on length and content as set forth in 1st Cir. R. 28.0(a).  *__The appellees' brief has a table of contents for an addendum, however the materials listed in their addendum's table of contents are not present in their addendum.    Exhibits which are part of the record may be included in an addendum (if they do not cause the addendum to be oversized). Or the appellees may if they wish, tender a separate appendix accompanied by a motion for leave to file.__*

Appellees Shanita Tucker and USCIS are ordered to file a conforming brief by **May 3, 2023**.   The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellant's reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew Lorn Hoppock
Donald Campbell Lockhart
Mark Sauter
Vaughn De La Vega Spencer