# United States Court of Appeals
## For the First Circuit

No. 23-1150

CYRIL NNADOZIE OKOLI,

Plaintiff - Appellant,

v.

SHANITA R. TUCKER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 17, 2023
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellant Cyril Nnadozie Okoli on March 12, 2023, and the appendix filed on March 13, 2023, are not in compliance with the following Federal Rules of Appellate Procedure and Local Rule of this court:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)).  *__The caption on the appellant's brief and appendix does not match the caption used by this court.__*

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix.  The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a magistrate judge or an initial decision by an administrative law judge).  *__The appellant's addendum is missing the challenged "Final Order of Dismissal" dated February 10, 2023.__*

Appellant Cyril Nnadozie Okoli is ordered to file a conforming brief and appendix by **March 24, 2023**.  The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew Lorn Hoppock
Donald Campbell Lockhart
Mark Sauter
Vaughn De La Vega Spencer