# United States Court of Appeals
## For the First Circuit

No. 23-1150

CYRIL NNADOZIE OKOLI,

Plaintiff - Appellant,

v.

SHANITA R. TUCKER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants - Appellees.

**ORDER OF COURT**

Entered: April 21, 2023
Pursuant to 1st Cir. R. 27.0(d)

Attorney Matthew Lorn Hoppock has moved to withdraw as counsel for appellant Cyril Nnadozie Okoli. On or before **May 5, 2023**, appellant must either show cause why counsel should not be allowed to withdraw or advise this court in writing whether he will proceed pro se or retain new counsel. In the event appellant does not file a written response by the May 5, 2023, the motion to withdraw will be granted, and appellant will be designated as proceeding pro se in the above-captioned case.

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew Lorn Hoppock
Donald Campbell Lockhart
Mark Sauter
Vaughn De La Vega Spencer
Cyril Nnadozie Okoli