# United States Court of Appeals
## For the First Circuit

No. 23-1150

CYRIL NNADOZIE OKOLI,

Plaintiff - Appellant,

v.

SHANITA R. TUCKER; U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants - Appellees.

**ORDER OF COURT**

Entered: May 3, 2023

Pending before the court are: (1) counsel's April 21, 2023, "motion to withdraw"; (2) plaintiff-appellant's "response to order to show cause," in which he requests that the court deny counsel's request to withdraw; (3) a March 13, 2023, "motion to expedite"; (4) a March 6, 2023, "motion to withdraw pro se brief"; and (5) a March 13, 2023, "supplemental motion to withdraw pro se brief." The court also is in receipt of counsel's April 24, 2023, "response . . . ," in which he reiterates his request to withdraw from representation.

The court resolves the counsel motions as follows. Counsel's request to withdraw is <u>granted</u>. To the extent that Okoli requests the appointment of replacement counsel, that request is <u>denied</u>. Okoli now is proceeding pro se in this appeal. In the event Okoli retains new counsel, counsel immediately should file a conforming notice of appearance.

The two requests to withdraw the tendered pro se brief are resolved as follows. In light of the withdrawal of counsel, unless Okoli requests otherwise by written motion filed before the closing of briefing, the court will consider the arguments set out in both the pro se brief and the counseled opening brief to the extent the arguments are otherwise cognizable. All issues are reserved to the ultimate merits panel.

The motion to expedite is <u>denied</u>

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew Lorn Hoppock
Cyril Nnadozie Okoli
Donald Campbell Lockhart
Mark Sauter
Vaughn De La Vega Spencer

Case: 23-1150　　Document: 00118005790　　Page: 2　　Date Filed: 05/03/2023　　Entry ID: 6565874